UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:      ANDREW PAUL FERREBEE            )
                                            )       CHAPTER 13
DEBTOR.                                     )       CASE NO. 23-50245

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, **ANDREW PAUL FERREBEE,** by Counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed a petition for relief under Chapter 13 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by: **SHENANDAOH GENERAL DISTRICT COURT, 215 MILL ROAD, SUITE 128, WOODSTOCK, VA 22664,** within 90 days of the filing of the above named petition;

3. That said garnishment is in favor of: **ONEMAIN FINANCIAL GROUP, LLC, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731, C/O HARRISLOFTUS, PLLC, 7900 SUDLEY ROAD, SUITE 608, MANASSAS, VA 20109.**

4. The GARNISHEE is: **CHANTILLY AUTO & FLEET SERVICE, LLC, ATTN: PAYROLL/REG. AGENT: NEDAL KHATIB, 4530 STONECROFT BLVD., CHANTILLY, VA 20151;**

5. The creditor is attempting to garnish: **DEBTOR'S WAGES**.

WHEREFORE, your applicant prays that said garnishment be quashed and have such other and further relief as the nature of the case may require.

Date:    May 23, 2023                    Respectfully submitted,

                                         By:  /s/ Heidi Shafer
                                              Counsel for Debtor

COX LAW GROUP, PLLC
900 LAKESIDE DRIVE, SUITE A
LYNCHBURG, VA 24501
(434) 845-2600                           Certificate of Service

I certify on May 23, 2023 I have sent by postage prepaid, first class U.S. Mail this pleading to the Debtor; the Garnishee: **CHANTILLY AUTO & FLEET SERVICE, LLC, ATTN: PAYROLL/REG. AGENT: NEDAL KHATIB, 4530 STONECROFT BLVD., CHANTILLY, VA 20151;** the Court: **SHENANDAOH GENERAL DISTRICT COURT, 215 MILL ROAD, SUITE 128, WOODSTOCK, VA 22664;** and the Creditor: **ONEMAIN FINANCIAL GROUP, LLC, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731, C/O HARRISLOFTUS, PLLC, 7900 SUDLEY ROAD, SUITE 608, MANASSAS, VA 20109.**

                                         /s/ Heidi Shafer
                                         Counsel for Debtor

| | |
|---|---|
| HEARING DATE | 07/24/202 |
| | 01:00 pm |

**GARNISHMENT SUMMONS**

| CASE NO. | GV21000628-01 |
|---|---|
| JUDGMENT CREDITOR'S NAME | ONEMAIN FINANCIAL GROUP, LLC |
| STREET ADDRESS | |
| CITY, STATE, ZIP | |
| TELEPHONE NUMBER | |
| JUDGMENT CREDITOR'S ATTORNEY'S NAME | HarrisLoftus, PLLC |
| ADDRESS | 7900 Sudley Road, Suite 608 |
| | Manassas, VA 20109    (703) 361-5131 |
| TELEPHONE NUMBER | |
| JUDGMENT DEBTOR'S NAME (SERVE) | Ferrebee, Andrew P |
| | Third Party Service |
| | The Marston Agency, Inc. |
| STREET ADDRESS | 9326 Zepp Rd |
| CITY, STATE, ZIP | Star Tannery VA 22654 0000  SHENANDOAH COUNTY |
| SOCIAL SECURITY NUMBER (SERVE) | Chantilly Auto & Fleet Service, LLC   TELEPHONE NUMBER |
| | Reg. Agent: Nedal Khatib |
| GARNISHEE'S NAME | Third Party Service |
| | The Marston Agency, Inc. |
| STREET ADDRESS | 4530 Stonecroft Blvd |
| CITY, STATE, ZIP | Chantilly VA 20151  FAIRFAX COUNTY |
| DATE OF JUDGMENT | September 27, 2021 |

This is a garnishment against (check only
[X] the judgment debtor's
wages, salary or other
compensation.
[ ] some other debt or
property of the judgment
debtor, specifically

MAXIMUM PORTION OF
DISPOSABLE EARNINGS
SUBJECT TO GARNISHMENT
[ ] Support
[ ] 50%
[ ] 60%
(if not specified the
state taxes, 1

If none of the above is
checked, then § 34-
applies (a plain-language
interpretation of the rel
section is on the rev
this GARNISHMENT
SUMMONS).

$ ............
received by .......................
....................... JUDGMENT CREDIT
....................... [ ] Judgment debtor

....................... DATE

80825.001

---

GARNISHMENT SUMMONS
Commonwealth of Virginia   Va. Code §§ 8.01-511, 8.01-512.x

Shenandoah County ................................. General District Court
COURT NAME

215 Mill Road, Suite 128 Woodstock VA 22664 (540)459-6130
COURT ADDRESS AND TELEPHONE NUMBER

TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

3/27/2023 ........ Elizabeth Rhoads .............
DATE OF ISSUANCE OF SUMMONS     CLERK/Deputy

| STATEMENT | |
|---|---|
| Judgment Principal | 2542.95 |
| Credits | 91.00 |
| Interest | 507.94 |
| Judgment Costs | 67.00 |
| Attorney's Fees | 635.74 |
| Garnishment Costs | 91.00 |
| TOTAL BALANCE DUE | 3753.63 |

The garnishee shall rely on this amount, net of any credits.

DATE AND TIME OF DELIVERY OF WRIT OF FIERI
FACIAS TO SHERIFF IF DIFFERENT FROM DATE OF
ISSUANCE OF THIS SUMMONS

TO GARNISHEE: On check or written answer, include return date,
case number and judgment debtor's name. MAKE CHECK PAYABLE
TO JUDGMENT CREDITOR AND DELIVER TO THE COURT.

WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER: You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.

Homestead Exemption Waived? [ ] yes [ ] no [ ] cannot be demanded

3/27/2023 ........ Elizabeth Rhoads .............
DATE OF ISSUANCE OF WRIT     CLERK/Deputy

**CASE DISPOSITION**
I ORDER that
[ ] the garnishee pay to the judgment creditor through the court $ ......................... net of any credits.
[ ] the case be DISMISSED.
[ ] ...............................

.............................    ............................
DATE ENTERED                JUDGE

FORM DC-451 (FRONT) 10/7